UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CFN 2019R0645799
OR BK 31648 Pg 51 (1Pgs)
RECORDED 10/15/2019 15:21:02
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

CASE NO. 19-20631-CR-GAYLES

UNITED STATES OF AMERICA

vs.

CARLOS MIGUEL RODRIGUEZ SR., et al.,

Defendants.
_____/

## NOTICE OF LIS PENDENS

GRANTEE: TAILY RODRIGUEZ and DAIRON P. GONZALEZ

TO:   **ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 18 U.S.C.§ 1956, that on September 26, 2019, the United States of America, filed a criminal indictment in the United States District Court for the Southern District of Florida in the foregoing action. Pursuant to 18 U.S.C. § 982(a)(1), the United States of America may seek to forfeit the real property located at 9748 Little River Drive, Miami, FL 33147 and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, and more particularly described as:

Lot 14, Block 9 of MIAMI PARK SECTION 1, according to the Plat thereof as recorded In Plat Book 44 at Page 95 of the Public Records of Miami-Dade County, Florida.

Folio:   30-3102-010-1450

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property subsequent to the filing of an indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *Nicole Grosnoff* (signature)
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
Nicole.s.Grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089